Matter of Austin (2023 NY Slip Op 04476)

Matter of Austin

2023 NY Slip Op 04476

Decided on August 31, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 31, 2023

PM-198-23
[*1]In the Matter of Tarek Julian Austin, an Attorney. (Attorney Registration No. 5485362.)

Calendar Date:August 28, 2023

Before:Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and McShan, JJ.

Tarek Julian Austin, Washington, DC, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Tarek Julian Austin was admitted to practice by this Court in 2017 and lists a business address in Washington, DC with the Office of Court Administration. Austin now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Austin's application.
Upon reading Austin's affidavit sworn to July 24, 2023 and filed July 31, 2023, and upon reading the August 21, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Austin is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, Ceresia and McShan, JJ., concur.
ORDERED that Tarek Julian Austin's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Tarek Julian Austin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Tarek Julian Austin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Austin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Tarek Julian Austin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.